JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 857 -- In re Seventh-Day Adventist Trademark Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 90/06/22 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- defts. Seventh-Day Adventist Congregational Church and John R. Marik for transfer of action w/Affidavits and cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: C.D. California (ds) |
| 90/07/03 | | APPEARANCES: LORRAINE H. AKIBA, ESQ. for General Conference Corporation of Seventh-day Adventists; JAYSON BURTON LUMISH, ESQ. for Seventh-day Adventist Kinship International, Inc.; MAX A. CORBETT, ESQ. for Seventh-day Adventist Congregational Church and John R. Marik (rh) |
| 90/07/12 | 2 | RESPONSE/BRIEF -- (to pldg. #1) General Conference Corporation of Seventh-day Adventists -- w/**Affidavit of Lorraine H. Akiba, Exhibits 1 & 2** and cert. of svc. (received 7/12/90) |
| 90/07/27 | | APPEARANCE -- DOUGLAS F. WELEBIR, ESQ. for A-2 General Conference Corporation of Seventh-Day Adventists (ds) |
| 90/08/09 | 3 | LETTER (Subsequent Information) -- filed by pltf. (A-1) General Conference Corp. of Seventh-Day Adventists w/svc. (sg) |
| 90/08/14 | 4 | RESPONSE/BRIEF (to pldg. #3) -- defts. Seventh-Day Adventist Congregational Church and John R. Marik w/cert. of svc. (ds) |
| 90/08/22 | | HEARING ORDER -- setting motion of defendants Seventh-Day Adventist Congregational Church and John R. Marik for transfer for Panel hearing to be held in San Francisco, California on October 5, 1990 (cdm) |
| 90/08/31 | 5 | RESPONSE/BRIEF -- (to pldg. #1) General Conference Corporation of Seventh-day Adventists -- w/Affidavit of Lorraine H. Akiba and cert. of svc. (sg) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/09/07 | 6 | LETTER -- (Additional Information) Signd by Max A. Corbett, Esq. Counsel for John R. Marik and Seventh-day Adventist Congregational Church -- w/cert. of svc. (rh) |
| 90/10/05 |  | HEARING APPEARANCES FOR 10/05/90 HEARING, SAN FRANCISCO, CALIFORNIA -- MAX A. CORBETT, ESQ. for Seventh-day Adventist Congregational Church and John R. Marik; LORRAINE H. AKIBA, ESQ. for General Conference Corporation of Seventh-day Adventists (sg) |
| 90/10/15 |  | ORDER DENYING TRANSFER -- (A-1) General Conference Corporation of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church, et al., D. Hawaii, C.A. No. 87-274 -- (A-2) General Conference Corporation of Seventh-Day Adventists v. Seventh-Day Adventist Kinship International, Inc., et al., C.D. California, C.A. No. CV-87-08113-MRP (JRx) -- Notified involved counsel, miscellaneous recipients, clerks and judges (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 857 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE SEVENTH-DAY ADVENTIST TRADEMARK LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| October 5, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | October 15, 1990 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: October 15, 1990

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 857 -- In re Seventh-Day Adventist Trademark Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | General Conference Corporation of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church, et al. | Hawaii Fong | 87-274 | Denied | | | |
| A-2 | General Conference Corporation of Seventh-Day Adventists v. Seventh-Day Adventist Kinship International, Inc., et al. | Cal.,C. Pfaelzer | CV-87-08113 MRP(JRx) | Denied | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 857 -- In re Seventh-Day Adventist Trademark Litigation

GENERAL CONFERENCE CORPORATION OF
  SEVENTH-DAY ADVENTISTS (A-1 & A-2)
Lorraine H. Akiba, Esq.
Cades, Schutte, Fleming & Wright
1000 Bishop Street, 12th Floor
Honolulu, Hawaii  96813

SEVENTH-DAY ADVENTIST KINSHIP
INTERNATIONAL, INC.
Jayson Burton Lumish, Esq.
Fulbright & Jaworski
700 South Flower Street
Sixth Floor
Los Angeles, California  90017

JOHN R. MARIK
SEVENTH-DAY ADVENTIST CONGREGATIONAL
  CHURCH
Max A. Corbett, Esq.
5902 Bermuda Dunes
Houston, Texas  77069

~~VERN SCHLENKER, JR.~~ DECEASED
~~Unable to Determine Counsel or Address~~

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __857__ -- In re Seventh-Day Adventist Trademark Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Seventh-Day Adventist Congregational Church | A-1 |
| John R. Marik | A-1 |
| Seventh-Day Adventist Kinship Internation, Inc. | A-2 |
| Vern Schlenker, Jr. Deceased | A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |