JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 15 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 857

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE SEVENTH-DAY ADVENTIST TRADEMARK LITIGATION

General Conference Corporation of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church, et al., D. Hawaii, C.A. No. 87-274

General Conference Corporation of Seventh-Day Adventists v. Seventh-Day Adventist Kinship International, Inc., et al., C.D. California, C.A. No. CV-87-08113-MRP(JRx)

ORDER DENYING TRANSFER*

This litigation consists of two actions, one action pending in the District of Hawaii and one action in the Central District of California. Before the Panel is a motion by the Hawaii defendants seeking transfer of the Hawaii action, under 28 U.S.C. §1407, to the Central District of California for coordinated or consolidated pretrial proceedings with the action pending there. Plaintiff in both actions opposes the motion.

On the basis of the papers filed and the hearing held, the Panel finds that, given the minimal number of actions in this docket, Section 1407 transfer would not necessarily serve the convenience of the parties and witnesses or further the just and efficient conduct of this litigation. See In re Scotch Whiskey Antitrust Litigation, 299 F.Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to Section 1407 transfer are both available and preferable as a means of minimizing the possibility of duplicative discovery and/or conflicting pretrial rulings with respect to any matters common to both actions. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F.Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Second, §31.13 (1985).

IT IS THEREFORE ORDERED THAT the motion, pursuant to 28 U.S.C. §1407, for centralization of the above-captioned actions be, and the same hereby is, DENIED.

FOR THE PANEL:

John F. Nangle
Chairman

---

\*   Judge Fred Daugherty took no part in the decision of this matter.